

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00235-CV

JENNIFER STEWART, DONALD STEWART,
STEVEN STEWART, AND KATHY STEWART,
AND D/B/A ROYAL HORSE FARMS,

Appellants

v.

AARON WHITELOCK AND DONNA WHITELOCK,

Appellees

**From the 13th District Court**
**Navarro County, Texas**
**Trial Court No. D21-29799-CV**

## MEMORANDUM OPINION

Appellants Jennifer Stewart, Donald Stewart, Steven Stewart, and Kathy Stewart, and collectively as d/b/a Royal Horse Farms, moved to dismiss their appeal on October 1, 2021. In the motion, appellants assert they no longer wish to pursue their appeal because a motion for new trial was granted by the trial court which vacated the order appealed.

The Court grants the motion and dismisses the appeal.  *See* TEX. R. APP. P. 42.1(a).

There being no agreement as to costs, costs are taxed against appellants, Jennifer Stewart, Donald Stewart, Steven Stewart, and Kathy Stewart, and collectively as d/b/a Royal Horse Farms.  *Id*. (d).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Motion granted
Appeal dismissed
Opinion delivered and filed October 6, 2021
[CV06]

